UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                             Case No.    25-CR-174-LA

                                    [18 U.S.C. § 1956]

CHERIE CAMPION,

        Defendant.

---

## INFORMATION

---

### COUNTS ONE AND TWO
(Money Laundering)

**THE UNITED STATES ATTORNEY CHARGES THAT:**

1. On or about the dates listed below, in the State and Eastern District of Wisconsin,

**CHERIE CAMPION**

knowingly conducted and attempted to conduct the financial transactions specified below.

2.     Each transaction occurred through a financial institution and occurred in and affected interstate commerce.

3.     Each transaction involved proceeds of a specified unlawful activity, that is, wire fraud, committed in violation of Title 18, United States Code, Section 1343.

4.     While conducting each transaction, the defendant knew that the property involved in the transaction represented the proceeds of some form of unlawful activity.

5. While conducting each transaction, the defendant knew that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity:

| Count | Date | Description |
|---|---|---|
| One | November 25, 2019 | Caused a wire transfer of $431,500 from the account ending x6522 to the account ending x7135. |
| Two | Mar. 6, 2019 | Caused a wire transfer of $337,000 from the account ending x6522 to the account ending x7135. |

Each in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i).

Dated: 9/5/2025

fw *[signature]*
RICHARD G. FROHLING
Acting United States Attorney